# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LOUISIANA MUNICIPAL POLICE EMPLOYEES RETIREMENT SYSTEM, <br><br> Plaintiff, <br><br> vs. <br><br> SHELDON GARY ADELSON, *et al.*, <br><br> Defendants. | Case No. 2:11-cv-00595-RLH-GWF <br><br> **ORDER** <br><br> Motion for Extension (#37) |

This matter is before the Court on Defendants' Unopposed Motion for Enlargement of Time to Respond to Plaintiff's Verified Shareholder Derivative Complaint (#37), filed May 23, 2011.

Pursuant to Fed. R. Civ. P. 6(b) and LR 6, extensions of time may be granted for good cause shown. Defendants Las Vegas Sands Corp., George P. Koo, Charles Forman and Irwin Chafetz request that the Court extend the time for them to file a response to Plaintiff's shareholder derivative complaint so that the Court might first rule on Plaintiff's motion to consolidate cases (#33). (#37). According to the present motion, Plaintiff's counsel does not oppose the extension. Therefore, the Court finds Defendants have shown good cause. Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Unopposed Motion for Enlargement of Time to Respond to Plaintiff's Verified Shareholder Derivative Complaint (#37) is **granted**. Defendants Las Vegas Sands Corp., George P. Koo, Charles Forman and Irwin Chafetz shall

. . .

. . .

have **40 days** from the date the Court issues a decision on the pending motion to consolidate cases (#33) to file a response to Plaintiff's shareholder derivative complaint.

DATED this 24th day of May, 2011.

_____
**GEORGE FOLEY, JR.**
**UNITED STATES MAGISTRATE JUDGE**