1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

LOUISIANA MUNICIPAL POLICE
EMPLOYEES RETIREMENT SYSTEM, )
)
)                 Case No. 2:11-cv-00595-RLH-GWF
)
                    Plaintiff,      )
)
vs.                                 )    **ORDER**
)
SHELDON GARY ADELSON, *et al*.,     )    Motion for Extension (#45)
)
                    Defendants.     )
_____ )

This matter is before the Court on Defendant Jason Ader's Unopposed Motion for

Enlargement of Time to Respond to Plaintiff's Verified Shareholder Derivative Complaint (#45),

filed June 17, 2011.

Pursuant to Fed. R. Civ. P. 6(b) and LR 6, extensions of time may be granted for good

cause shown.  Defendant Jason Ader requests that the Court extend the time for filing a response

to Plaintiff's shareholder derivative complaint so that the Court might first rule on Plaintiff's

motion to consolidate cases (#33).  (#45).  According to the present motion, Plaintiff's counsel

does not oppose the extension.  Therefore, the Court finds Defendant has shown good cause.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Jason Ader's Unopposed Motion for

Enlargement of Time to Respond to Plaintiff's Verified Shareholder Derivative Complaint (#45)

is **granted**.  Defendant shall have **40 days** from the date the Court issues a decision on the

. . .

. . .

. . .

pending motion to consolidate cases (#33) to file a response to Plaintiff's shareholder derivative complaint.

DATED this 21st day of June, 2011.

**GEORGE FOLEY, JR.**
**UNITED STATES MAGISTRATE JUDGE**

2