CURTIS B. COULTER, ESQ.
Nevada State Bar: #3034
Law Offices of Curtis B. Coulter, P.C.
403 Hill Street
Reno, Nevada 89501
P: 775 324 3380
F: 775 324 3381
ccoulter@coulterlaw.net

*Counsel for Plaintiff Louisiana Municipal Police Employees Retirement System*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LOUISIANA MUNICIPAL POLICE EMPLOYEES RETIREMENT SYSTEM, Derivatively on behalf of LAS VEGAS SANDS CORP., <br><br> Plaintiff, <br><br> v. <br><br> SHELDON G. ADELSON, MICHAEL A. LEVEN, IRWIN CHAFETZ, CHARLES D. FOREMAN, JEFFREY H. SCHWARTZ, IRWIN A. SIEGEL, JASON N. ADER, GEORGE P. KOO, WING T. CHAO, <br><br> Defendants, <br><br> LAS VEGAS SANDS CORP., <br><br> Nominal Defendant. | Case No.: 2:11-CV-00595-RLH (GWF) <br><br> **NOTICE TO DELETE FROM SERVICE** |

On October 20, 2011, Judge Gloria M. Navarro appointed lead counsel and liaison counsel. The undersigned, therefore, gives notice that service on him is no longer needed or desired. Please remove me from all further notices and services in this action.

///

1

RESPECTFULLY SUBMITTED.

DATED: This 29th day of November 2011.

_____
CURTIS B. COULTER, ESQ.
Nevada State Bar: #3034
403 Hill Street
Reno, Nevada 89501
P: 775 324 3380
F: 775 324 3381
ccoulter@coulterlaw.net

*Counsel for Plaintiff Louisiana Municipal Police Employees Retirement System*

SO ORDERED.
_____
UNITED STATES MAGISTRATE JUDGE
DATE: DEC. 28, 2011

Law Offices of
Curtis B. Coulter
403 Hill Street
Reno, NV 89501
(775) 324-3380
FAX (775) 324-3381

2